# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2023

## NO. 03-22-00001-CR

**Stephen Lynn Jennings, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.